UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARPENTER,<br><br>          Plaintiff,<br><br>     v.<br><br>BENNY MOLINA, et al.,<br><br>          Defendants. | No. 1:21-cv-00344-NONE-EPG (PC)<br><br>CORRECTED[1] ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART<br><br>(Doc. Nos. 8, 9) |

Plaintiff Charles Carpenter is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 2, 2021, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc No. 8.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty (30) days. (*Id.* at 7-8.) Plaintiff has not filed any objections and the time to do so passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

---

[1] This order amends and supersedes the order adopting in part issued August 2, 2021 (Doc. No. 9), which contained a typographical error.

1

and recommendations to be supported by the record and by proper analysis insofar as they recommend dismissal for failure to comply with a court order and failure to prosecute. The court declines to address any other grounds for dismissal.

Accordingly,

1. The findings and recommendations entered June 2, 2021 (Doc. No. 8) are adopted in part;
2. This case is dismissed for failure to prosecute and failure to obey a court order; and
3. The Clerk of Court is directed to assign a district judge for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **August 3, 2021**

UNITED STATES DISTRICT JUDGE